# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144117

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HARRY T. RILEY, a/k/a HARRY T.
RILEY, JR.,
     Defendant-Appellant.
_____/

SC: 144117
COA: 295838
Livingston CC: 09-018081-FC

On order of the Court, the application for leave to appeal the September 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

d0416